PD-1404-15

PD-1404-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/28/2015 12:41:18 PM
Accepted 11/2/2015 11:09:00 AM
ABEL ACOSTA
CLERK

No. _____

IN THE COURT OF CRIMINAL APPEALS OF TEXAS, AT AUSTIN

## Nicholas Troy Bogert II
Appellant

FILED IN
COURT OF CRIMINAL APPEALS

November 2, 2015

ABEL ACOSTA, CLERK

v.

## The State of Texas
Appellee

On Appeal from 272nd District Court of Brazos County in Case No. 13-05578-CRF-272, the Hon. Travis B. Bryan, Judge Presiding and the Opinion of the Tenth Court of Appeals in Case No. 10-14-00305-CR, Delivered October 8, 2015.

## Motion for Extension of Time to Retain Counsel Or File *Pro Se* Petition of Discretionary Review

TO THE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COME NOW, David A. Schulman, the undersigned attorney of record for Appellant, Nicholas Troy Bogert II, and respectfully file this "Motion for Extension of Time to Retain Counsel or File *Pro Se* Petition of Discretionary Review," asking that the Court grant a sixty (60) day extension of time in which the Appellant may either retain the undersigned or other counsel or may file a *pro se* petition for discretionary review, and would show the Court as follows:

## Procedural History

Appellant was charged by indictment with the offense of aggravated robbery. On his plea of guilty, he was convicted in said cause and was sentenced by a jury to seventeen (17) years in prison. Notice of Appeal was timely given on September 12, 2014. The Court of Appeals opinion from which review may be sought was delivered by the Tenth Court of Appeals for Texas at Waco, in Case No. 10-14-00305-CR, which was delivered on October 8, 2015. Petition for discretionary review is timely if filed with the Clerk of the Court or properly addressed and post-marked on or before November 9, 2015.

## Reason Extension Should Be Granted

The undersigned counsel has mailed, as required by Rule 48, Tex.R.App.Pro., a copy of the opinion of the Court below to Appellant. The undersigned's Rule 48 letter was not timely mailed to Appellant, and the undersigned believes there is a possibility Appellant may choose to file a petition for discretionary review. The undersigned, however, will not be representing Appellant after the filing of this motion. Thus, Appellant may wish to hire a different attorney to file a petition for discretionary review (PDR), or file a *pro se* PDR. In either case, either Appellant or

replacement counsel will have to obtain and review the record in order to prepare and file a PDR. The undersigned believes that there is insufficient time between now and November 9, 2015, to accomplish those goals. Consequently, the undersigned respectfully requests that the Court grant Appellant additional time.

## Prayer

WHEREFORE, PREMISES CONSIDERED, Movant respectfully prays that this Honorable Court will grant Appellant an additional thirty (30) day extension of time, until Monday, December 7, 2015, or such time as set by the Court, in which to retain an attorney to file a PDR or file a *pro se* PDR. The undersigned will notify Appellant of the Court's decision.

Respectfully submitted,

_____

**David A. Schulman**
Attorney at Law
1801 East 51st Street, Suite 365474
Austin, Texas 78723
Tel. 512-474-4747
Fax: 512-532-6282
eMail: zdrdavida@davidschulman.com

State Bar Card No. 17833400

Attorney for Appellant

# Certificate of Compliance and Delivery

This is to certify that: (1) this document, created using WordPerfect X7 software, contains 506 words, excluding those items permitted by Rule 9.4 (i)(1), Tex.R.App.Pro., and complies with Rules 9.4 (i)(2)(B) and 9.4 (i)(3), Tex.R.App.Pro.; and (2) on October 28, 2015, a true and correct copy of the above and foregoing "Motion for Extension of Time to Retain Counsel or File *Pro Se* Petition of Discretionary Review" was transmitted via the eService function on the State's eFiling portal, to Douglas Howell III (dhowell@co.brazos.tx.us), counsel of record for the State of Texas and Lisa McMinn (lisa.mcminn@spa.state.tx.us), State's Prosecuting Attorney.

_____

**David A. Schulman**